# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAHEEMA ISLAM,** | Case No. **3:10-CV-01445-EMC** |
| Plaintiff, | **ORDER** |
| vs. | |
| **BRACHFELD LAW GROUP, A PROFESSIONAL CORPORATION,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice.

Dated this 25th day of October, 2010.



_____
The Honorable Edward M. Chen